# Exhibit A

| | |
|---|---|
| Today's date | 11/30/2020 |
| Annual Interest | 18% |
| Daily Interest (P = | 0.04932% |

| Date (UTC) | Due Date (UTC) | Days Past | Number | Subtotal | Interest | Total |
|---|---|---|---|---|---|---|
| 11/21/2020 3:03 | 12/6/2020 | 0 | B3B78144-0089 | 500 | 0 | 500 |
| 11/21/2020 3:02 | 12/6/2020 | 0 | B3B78144-0088 | 2,152 | 0 | 2,152 |
| 11/21/2020 3:01 | 12/6/2020 | 0 | B3B78144-0087 | 533 | 0 | 533 |
| 11/14/2020 3:04 | 11/29/2020 | 1 | B3B78144-0086 | 8,933 | 4 | 8,937 |
| 11/14/2020 3:03 | 11/29/2020 | 1 | B3B78144-0085 | 1,486 | 1 | 1,487 |
| 11/14/2020 3:02 | 11/29/2020 | 1 | B3B78144-0084 | 8,639 | 4 | 8,643 |
| 11/7/2020 3:04 | 11/22/2020 | 8 | B3B78144-0083 | 8,768 | 35 | 8,803 |
| 11/7/2020 3:02 | 11/22/2020 | 8 | B3B78144-0082 | 3,695 | 15 | 3,710 |
| 11/7/2020 3:01 | 11/22/2020 | 8 | B3B78144-0081 | 1,281 | 5 | 1,286 |
| 10/31/2020 2:04 | 11/15/2020 | 15 | B3B78144-0080 | 1,449 | 11 | 1,460 |
| 10/31/2020 2:03 | 11/15/2020 | 15 | B3B78144-0079 | 6,541 | 49 | 6,590 |
| 10/31/2020 2:02 | 11/15/2020 | 15 | B3B78144-0078 | 6,141 | 46 | 6,186 |
| 10/24/2020 2:06 | 11/8/2020 | 22 | B3B78144-0077 | 10,030 | 109 | 10,139 |
| 10/24/2020 2:04 | 11/8/2020 | 22 | B3B78144-0076 | 2,640 | 29 | 2,669 |
| 10/24/2020 2:04 | 11/8/2020 | 22 | B3B78144-0075 | 1,989 | 22 | 2,011 |
| 10/24/2020 2:03 | 11/8/2020 | 22 | B3B78144-0074 | 5,614 | 61 | 5,675 |
| 10/24/2020 2:02 | 11/8/2020 | 22 | B3B78144-0073 | 8,510 | 93 | 8,603 |
| 10/24/2020 2:01 | 11/8/2020 | 22 | B3B78144-0072 | 796 | 9 | 805 |
| 10/17/2020 2:08 | 11/1/2020 | 29 | B3B78144-0071 | 1,400 | 20 | 1,420 |
| 10/17/2020 2:08 | 11/1/2020 | 29 | B3B78144-0070 | 2,602 | 37 | 2,639 |
| 10/17/2020 2:07 | 11/1/2020 | 29 | B3B78144-0069 | 3,457 | 50 | 3,507 |
| 10/17/2020 2:07 | 11/1/2020 | 29 | B3B78144-0068 | 3,658 | 53 | 3,711 |
| 10/17/2020 2:06 | 11/1/2020 | 29 | B3B78144-0067 | 7,254 | 104 | 7,359 |
| 10/17/2020 2:05 | 11/1/2020 | 29 | B3B78144-0066 | 10,094 | 145 | 10,240 |
| 10/17/2020 2:03 | 11/1/2020 | 29 | B3B78144-0065 | 3,689 | 53 | 3,743 |

| Date/Time | Date | Num | Code | Value1 | Value2 | Value3 |
|---|---|---|---|---|---|---|
| 10/17/2020 2:02 | 11/1/2020 | 29 | B3B78144-0064 | 9,414 | 136 | 9,549 |
| 10/10/2020 2:08 | 10/25/2020 | 36 | B3B78144-0063 | 2,954 | 53 | 3,007 |
| 10/10/2020 2:07 | 10/25/2020 | 36 | B3B78144-0062 | 5,106 | 91 | 5,197 |
| 10/10/2020 2:06 | 10/25/2020 | 36 | B3B78144-0061 | 3,500 | 63 | 3,563 |
| 10/10/2020 2:05 | 10/25/2020 | 36 | B3B78144-0060 | 1,609 | 29 | 1,638 |
| 10/10/2020 2:04 | 10/25/2020 | 36 | B3B78144-0059 | 8,634 | 155 | 8,789 |
| 10/10/2020 2:03 | 10/25/2020 | 36 | B3B78144-0058 | 2,734 | 49 | 2,783 |
| 10/10/2020 2:02 | 10/25/2020 | 36 | B3B78144-0057 | 11,974 | 214 | 12,189 |
| 10/3/2020 2:03 | 10/18/2020 | 43 | B3B78144-0056 | 21 | 0 | 21 |
| 10/3/2020 2:03 | 10/18/2020 | 43 | B3B78144-0055 | 5,171 | 111 | 5,282 |
| 10/3/2020 2:02 | 10/18/2020 | 43 | B3B78144-0054 | 3,561 | 76 | 3,637 |
| 10/3/2020 2:02 | 10/18/2020 | 43 | B3B78144-0053 | 2,062 | 44 | 2,106 |
| 10/3/2020 2:01 | 10/18/2020 | 43 | B3B78144-0051 | 3,339 | 72 | 3,411 |
| 10/1/2020 3:25 | 10/16/2020 | 45 | B3B78144-0050 | 2,409 | 54 | 2,463 |
| 10/1/2020 3:25 | 10/16/2020 | 45 | B3B78144-0049 | 3,103 | 70 | 3,173 |
| 10/1/2020 3:24 | 10/16/2020 | 45 | B3B78144-0048 | 15,187 | 341 | 15,528 |
| 10/1/2020 3:21 | 10/16/2020 | 45 | B3B78144-0047 | 14,998 | 336 | 15,334 |
| 10/1/2020 3:18 | 10/16/2020 | 45 | B3B78144-0046 | 10,622 | 238 | 10,861 |
| 10/1/2020 3:16 | 10/16/2020 | 45 | B3B78144-0045 | 12,158 | 273 | 12,430 |
| 10/1/2020 3:13 | 10/16/2020 | 45 | B3B78144-0044 | 11,863 | 266 | 12,129 |
| 10/1/2020 3:10 | 10/16/2020 | 45 | B3B78144-0043 | 11,314 | 254 | 11,568 |
| 10/1/2020 3:07 | 10/16/2020 | 45 | B3B78144-0042 | 12,379 | 278 | 12,657 |
| 10/1/2020 3:04 | 10/16/2020 | 45 | B3B78144-0041 | 13,327 | 299 | 13,626 |
| 10/1/2020 3:02 | 10/16/2020 | 45 | B3B78144-0040 | 15,109 | 339 | 15,448 |
| 10/1/2020 2:58 | 10/16/2020 | 45 | B3B78144-0039 | 15,905 | 357 | 16,262 |
| 10/1/2020 2:53 | 10/16/2020 | 45 | B3B78144-0038 | 3,155 | 71 | 3,226 |
| 10/1/2020 2:52 | 10/16/2020 | 45 | B3B78144-0037 | 14,150 | 317 | 14,468 |
| 10/1/2020 2:49 | 10/16/2020 | 45 | B3B78144-0036 | 13,746 | 308 | 14,055 |
| 10/1/2020 2:45 | 10/16/2020 | 45 | B3B78144-0035 | 15,604 | 350 | 15,954 |
| 10/1/2020 2:40 | 10/16/2020 | 45 | B3B78144-0034 | 15,037 | 337 | 15,374 |
| 10/1/2020 2:35 | 10/16/2020 | 45 | B3B78144-0032 | 14,611 | 328 | 14,939 |

| | | | | | |
|---|---|---|---|---|---|
| 10/1/2020 2:32 | 10/16/2020 | 45 | B3B78144-0031 | 16,212 | 364 | 16,576 |
| 10/1/2020 2:28 | 10/16/2020 | 45 | B3B78144-0030 | 13,949 | 313 | 14,262 |
| 10/1/2020 2:24 | 10/16/2020 | 45 | B3B78144-0029 | 16,693 | 374 | 17,067 |
| 10/1/2020 2:22 | 10/16/2020 | 45 | B3B78144-0028 | 18,475 | 414 | 18,890 |
| 10/1/2020 2:18 | 10/16/2020 | 45 | B3B78144-0027 | 8,291 | 186 | 8,477 |
| 10/1/2020 2:16 | 10/16/2020 | 45 | B3B78144-0026 | 13,133 | 295 | 13,427 |
| 10/1/2020 2:13 | 10/16/2020 | 45 | B3B78144-0025 | 25,035 | 562 | 25,597 |
| **Total** | | | | **498,398** | **9,371** | **507,769** |