# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTHERSHIP TECHNOLOGIES, INC., <br>     Plaintiff, <br><br> v. <br><br> CENTRAL FREIGHT LINES INC., etc. <br>     Defendant. | CASE NO. 20-10916 DSF (Ex) <br><br> ORDER TO SHOW CAUSE RE DISMISSAL |

    On April 7, 2022, this Court issued its text only entry ordering that Plaintiff submit a motion for default judgment no later than May 16, 2022.  Dkt. 33.  No motion has yet been filed.  Failure to file a motion for default judgment or dismissal by July 29, 2022 will result in dismissal with prejudice.

    IT IS SO ORDERED.

Date: July 18, 2022

                                                                                    Dale S. Fischer <br>
                                                                                   United States District Judge