# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTHERSHIP TECHNOLOGIES, INC.<br><br>      Plaintiff(s),<br><br>  v.<br><br>CENTRAL FREIGHT LINES INC., et al.<br><br>      Defendant(s). | CASE NO. 2:20−cv−10916−DSF−E<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before February 6, 2023. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: January 4, 2023                    /s/ *Dale S. Fischer*
                                                    Dale S. Fischer
                                                    United States District Judge