# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTHERSHIP TECHNOLOGIES, INC., <br>    Plaintiff, <br><br>          v. <br><br> CENTRAL FREIGHT LINES, INC., <br>    Defendant. | CV 20-10916 DSF (Ex) <br><br> JUDGMENT |

   The Court having granted a motion for default judgment,

   IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Mothership Technologies, Inc. and against Defendant Central Freight Lines, Inc. in the amount of $90,000 and that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: March 1, 2023

_Dale S. Fischer_
Dale S. Fischer
United States District Judge